UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE MURRY MUHUMMAD,
ADC #97878                                                                                           PLAINTIFF

V.                          CASE NO. 5:13-CV-00361 DPM/BD

WHITTY EVANS, et al.                                                                          DEFENDANTS

## ORDER

Mr. Muhammad has pending deliberate-indifference claims against Defendant Hoges, as well as others. Summons as to Defendant Hoges has been returned by the Arkansas Department of Correction "(ADC") to the Court unexecuted, with a notation that no current or former ADC employee is listed by the name of "Security Hoges." (Docket entry #15)

The Clerk of Court is directed to update the docket to reflect the spelling of this Defendant's surname as "Hodges," and to reissue summons for "Defendant Hodges, Varner Supermax Unit." The United States Marshal is directed to serve copies of the complaint and the amended complaint, along with any attachments (#2, #8), and a summons, upon Defendant Hodges in care of the ADC Compliance Division, Post Office Box 20550, Pine Bluff, Arkansas  71612. Prepayment of related fees and costs or the posting of security is not required.

IT IS SO ORDERED this 23rd day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE