## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**WILLIE MURRY MUHUMMAD**
**ADC # 097878**                                                                 **PLAINTIFF**

v.                                  **No. 5:13-cv-361-DPM-BD**

**WHITTY EVANS, Sergeant, Varner Supermax**
**Unit, ADC; CURTIS MEINZER, Deputy Warden,**
**Varner Supermax, ADC; MAURICE CULELAGER,**
**Major, Cummins Unit, ADC; OLSON, Doctor,**
**Varner Supermax, ADC; FREEMAN, LPN, Varner**
**Supermax Unit, ADC; BROWN, Sergeant, Varner**
**Supermax Unit, ADC; DAVIS, Security, Varner**
**Supermax Unit, ADC; HOGES, Security, Varner**
**Supermax Unit, ADC; and SHIP, Security, Varner**
**Supermax Unit, ADC**                                             **DEFENDANTS**

### ORDER

Muhummad hasn't objected to Magistrate Judge Beth Deere's Partial Recommended Disposition, № 11. Having reviewed for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b), and for legal error, the Court adopts the proposal. Muhummad's claims against Ship, Davis, and Brown are dismissed without prejudice; his claim regarding Evan's failure to escort him to his classification hearing is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 January 2014