IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE MURRY MUHUMMAD
ADC # 97878                                                                                       PLAINTIFF

v.                              No. 5:13-cv-361-DPM-BD

WHITTY EVANS, Sergeant, Varner
Supermax Unit, ADC; CURTIS MEINZER,
Deputy Warden, Varner Supermax, ADC;
MAURICE CULELAGER, Major, Cummins Unit,
ADC; OLSON, Doctor, Varner Supermax, ADC;
FREEMAN, LPN, Varner Supermax Unit, ADC;
and MICHAEL HOSKINS, Security, Varner
Supermax Unit                                                                                     DEFENDANTS

ORDER

Opposed recommendation, № 26, adopted. FED. R. CIV. P. 72(b)(3). Muhummad's objections, № 27, are overruled because none of his many complaints and concerns demonstrate imminent irreparable harm. His motion for preliminary injunctive relief, № 7, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 February 2014