IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE MURRY MUHUMMAD
ADC # 097878                                                          PLAINTIFF

v.                       No. 5:13-cv-361-DPM-BD

WHITTY EVANS, Sergeant, Varner Supermax
Unit, ADC; CURTIS MEINZER, Deputy Warden,
Varner Supermax, ADC; MAURICE CULELAGER,
Major, Cummins Unit, ADC; OLSON, Advanced
Practice Nurse, Varner Supermax, ADC; FREEMAN,
LPN, Varner Supermax Unit, ADC; and MICHAEL
HOSKINS, Security, Varner Supermax Unit, ADC.          DEFENDANTS

ORDER

The Court adopts the unopposed Partial Recommended Disposition, № 59, after having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b), and for legal error. Muhummad's motion for preliminary injunctive relief, № 52, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 September 2014