IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE MURRY MUHUMMAD
ADC #097878                                                                PLAINTIFF

v.                          No. 5:13-cv-361-DPM-BD

WHITTY EVANS, Sergeant, Varner Supermax
Unit, ADC; CURTIS MEINZER, Deputy Warden,
Varner Supermax, ADC; MAURICE CULELAGER,
Major, Cummins Unit, ADC; OLSON, Advanced
Practice Nurse, Varner Supermax, ADC; FREEMAN,
LPN, Varner Supermax Unit, ADC; and MICHAEL
HOSKINS, Security, Varner Supermax Unit, ADC            DEFENDANTS

ORDER

Unopposed recommendation, № 86, adopted. FED. R. CIV. P. 72(b)(3)

(1983 Addition to Advisory Committee Notes). Defendants' motions, № 68,

71, & 74, are granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 April 2015