IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE MURRY MUHUMMAD
ADC #097878                                                              PLAINTIFF

v.                          No. 5:13-cv-361-DPM

WHITTY EVANS, Sergeant, Varner Supermax
Unit, ADC; CURTIS MEINZER, Deputy Warden,
Varner Supermax, ADC; MAURICE CULELAGER,
Major, Cummins Unit, ADC; OLSON, Advanced
Practice Nurse, Varner Supermax, ADC; FREEMAN,
LPN, Varner Supermax Unit, ADC; BROWN, Sergeant,
Varner Supermax Unit, ADC; DAVIS, Security, Varner
Supermax Unit, ADC; MICHAEL HOSKINS, Security,
Varner Supermax Unit, ADC; and SHIP, Security,
Varner Supermax Unit, ADC                                                DEFENDANTS

## JUDGMENT

1. All Muhummad's claims against Olson, Freeman, Brown, Davis, and Ship, and his failure-to-escort claim against Evans, are dismissed without prejudice.

2. Muhummad's claims against Meinzer, Culelager, and Hoskins, and all his remaining claims against Evans, are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 April 2015