IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE MURRY MUHUMMAD
ADC #097878                                                              PLAINTIFF

v.                           No. 5:13-cv-361-DPM

WHITTY EVANS, Sergeant, Varner Supermax
Unit, ADC; CURTIS MEINZER, Deputy Warden,
Varner Supermax, ADC; MAURICE CULELAGER,
Major, Cummins Unit, ADC; OLSON, Advanced
Practice Nurse, Varner Supermax, ADC;
FREEMAN, LPN, Varner Supermax Unit, ADC;
BROWN, Sergeant, Varner Supermax Unit, ADC;
DAVIS, Security, Varner Supermax Unit, ADC;
MICHAEL HOSKINS, Security, Varner Supermax
Unit, ADC; and SHIP, Security, Varner Supermax
Unit, ADC                                                                DEFENDANTS

## ORDER

Muhummad's motion for copies, *Doc. 91*, is granted. The Court directs the Clerk to send Muhummad copies of the requested motions, *Doc. 1, 7, 19, 40, 48, 49, 52, 55 & 89*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2022