IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE MURRY MUHUMMAD
ADC #097878                                                         PLAINTIFF

v.                           No. 5:13-cv-361-DPM

WHITTY EVANS, Sergeant, Varner Supermax
Unit, ADC;  CURTIS MEINZER, Deputy Warden,
Varner Supermax, ADC;  MAURICE CULELAGER,
Major, Cummins Unit, ADC;  OLSON, Advanced
Practice Nurse, Varner Supermax, ADC;
FREEMAN, LPN, Varner Supermax Unit, ADC;
BROWN, Sergeant, Varner Supermax Unit, ADC;
DAVIS, Security, Varner Supermax Unit, ADC;
MICHAEL HOSKINS, Security, Varner Supermax
Unit, ADC;  and SHIP, Security, Varner Supermax
Unit, ADC                                                         DEFENDANTS

ORDER

Muhummad's motion for copies, *Doc. 95*, is granted as modified. The Clerk sent copies of the drawings to him on 17 September 2015 and 26 September 2022 at the Court's expense.  Because of this, the Court directs the Clerk to send Muhummad a letter requesting payment for the copies under the Miscellaneous Fee Schedule.  Upon receipt of payment, the Court directs the Clerk to send Muhummad copies of the requested pictures from this case, *Doc. 40 & 47*, and from *Muhummad v. Crawford et al.*, No. 5:19-cv-83-DPM, *Doc. 8 at 38*.

So Ordered.

_DP Marshall Jr._

D.P. Marshall Jr.
United States District Judge

31 October 2022