IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE MURRY MUHUMMAD
ADC #097878                                                          PLAINTIFF

v.                        No. 5:13-cv-361-DPM

WHITTY EVANS, Sergeant, Varner Supermax
Unit, ADC; CURTIS MEINZER, Deputy Warden,
Varner Supermax, ADC; MAURICE CULELAGER,
Major, Cummins Unit, ADC; OLSON, Advanced
Practice Nurse, Varner Supermax, ADC;
FREEMAN, LPN, Varner Supermax Unit, ADC;
BROWN, Sergeant, Varner Supermax Unit, ADC;
DAVIS, Security, Varner Supermax Unit, ADC;
MICHAEL HOSKINS, Security, Varner Supermax
Unit, ADC; and SHIP, Security, Varner Supermax
Unit, ADC                                                            DEFENDANTS

ORDER

Muhummad's motion for transcript, *Doc. 97*, is denied. There is no trial transcript in this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 March 2025